## Compañía Azucarera del Toa, Demandante y Apelante, v. Galán et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre memorándum de costas y desembolsos.

No. 2496.—Resuelto en julio 3, 1922.

Memorándum de Costas—Sentencia no Definitiva.—El Tribunal Supremo confirmó una sentencia en cuanto a la resolución sobre la primera causa de acción de la demanda, habiéndola revocado por no resolver la corte inferior sobre la segunda. Bajo el fundamento de que la sentencia apelada contenía un pronunciamiento de costas contra el demandante, el demandado archivó su memorándum y obtuvo resolución favorable. Apelada ésta, *se resolvió:* que no siendo definitiva la sentencia original que condenó en costas, la resolución que fijó la cuantía de éstas es prematura.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. F. Soto Grás.*
Abogado de los apelados: *Sr. L. Llorens Torres.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Nuestra anterior actuación en este caso fué la desestimación del recurso interpuesto toda vez que no teníamos la sentencia final ante nos. Las partes han elevado ahora a esta corte la alegada sentencia final y están conformes en que la

misma contenía el error clerical de conceder costas a la demandante en vez de a la demandada. La primitiva sentencia que revocamos contenía de tal modo un pronunciamiento de costas contra la demandante. Esta corte, sin embargo, como se indicó en nuestra anterior decisión había revocado antes la sentencia y devuelto el caso para ulteriores procedimientos no incompatibles con la opinión emitida entonces. Si bien entonces confirmamos la sentencia de la corte inferior en cuanto a su resolución sobre la primera causa de acción de la demanda, revocamos dicha sentencia por no resolver la corte sobre la segunda narración. No hubo, pues, una resolución final del caso.

El artículo 188 del Código de Enjuiciamiento Civil expresa que una sentencia es la decisión definitiva sobre los derechos de las partes en un pleito o procedimiento. Un demandado sólo tiene derecho a costas cuando ha obtenido una sentencia como ha sido definida, que determine sus derechos. Sus derechos se determinarían cuando la demanda fuera finalmente desestimada. La resolución fijando costas en este caso fué, por tanto, prematura.

Tal vez debiéramos volver a desestimar la apelación, toda vez que la corte inferior carecía de jurisdicción para dictar la resolución, pero como ninguna de las partes pone en tela de juicio nuestra jurisdicción puesto que había una sentencia registrada por virtud de la cual pretendió actuar la corte inferior y como los procedimientos en la referida corte tendrían que ser los mismos, revocaremos la resolución apelada por ser prematura debiendo devolverse el caso para ulteriores procedimientos no incompatibles con esta opinion.

*Revocada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la vista de este caso.